UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

STEVEN THOMPSON aka MARK GIBSON,

        Plaintiff,

   v.

D. SCHILLIZZI, et al.,

        Defendants.
_____/

NO. CIV. S-02-279 LKK/GGH P

O R D E R

The court is in receipt of plaintiff's objection to defendants' request to depose a witness by video-conference. After reviewing of plaintiff's objection, defendants' reply, and the court's previous orders, the objection is overruled. The court's previous order allowing the deposition is CONFIRMED.

IT IS SO ORDERED

DATED: April 19, 2005.

                              /s/Lawrence K. Karlton
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT