UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

STEVEN THOMPSON aka MARK GIBSON,

        Plaintiff,

   v.

D. SCHILLIZZI, et al.,

        Defendants.

                               /

NO. CIV. S-02-279 LKK/GGH P

O R D E R

The above-captioned case is set for trial on May 17, 2005. The court is in receipt of plaintiff's request to continue the trial and for court order directing third-parties to release documents. The time for discovery has long since closed and the court has conducted the final Pretrial Conference. Plaintiff's request to continue is DENIED.

    IT IS SO ORDERED

    DATED: April 29, 2005.

                                        /s/Lawrence K. Karlton
                                        LAWRENCE K. KARLTON
                                        SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT